UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Stacey Hart, et al,

      Plaintiff(s),

v.

Roblox Corporation, et al.,

      Defendant(s)

Case No. 3:25-cv-08485-AMO

**ADMINISTRATIVE MOTION FOR SUBSTITUTION AS LOCAL-COUNSEL FOR ATTORNEY APPEARING PRO HAC VICE**
(per Civil Local Rule 7-11)

DATED: 3/25/2026

GRANTED

Judge Araceli Martínez-Olguín

I, Richard Varghese, an attorney who, on March 12, 2026 entered an appearance on behalf of Plaintiff(s), is a member of the bar of this Court in good standing, and maintains an office within the State of California, moves for substitution as local-counsel for Carasusana Bibiana Wall, an attorney who filed an Application for Admission of Attorney Pro Hac Vice in the Northern District of California on November 7, 2025 [*See* Dkt.23] and was subsequently admitted pro hac vice by Order of this Court on November 7, 2025 [*See* Dkt.24]. My bar number is <u>314156</u>.

Further, the instant motion moves to replace Attorney Anya Fuchs as local-counsel in this matter.

**My Address of Record:**      2596 Mission Street, Suite 207 San Marino, CA 91108

**My Telephone # of Record:**      (646) 479-6979

**My Email Address of Record:**      rvarghese@rvesq.com

Respectfully submitted, this 20th day of March, 2026.

                      The Law Offices of Richard Varghese

                      <u>/s/ Richard P. Varghese</u>
                      Richard Phillip Varghese (SBN: 314156)
                      2596 Mission Street, Suite 207
                      San Marino, California 91108
                      (646) 479-6979
                      rvarghese@rvesq.com